IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTWAN D. MORGAN,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-CV-1909** |
| : | |
| **PEPSICOLA METROPOLITAN** : | |
| **BOTTLING COMPANY,** : | |
| Defendant. : | |

## ORDER

AND NOW, this 5th day of August, 2025, upon consideration of Defendant Pepsicola Metropolitan Bottling Company's Motion to Dismiss (ECF No. 20), Plaintiff Antwan D. Morgan's "Exhibit" (ECF No. 25), and Defendant's Reply (ECF No. 28), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to redesignate Morgan's "Exhibit" (ECF No. 25) as a Response.

2. For the reasons stated in the Court's accompanying Memorandum, the Motion (ECF No. 20) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Motion is **GRANTED** as to Morgan's ADEA claims. Any ADEA claims are **DISMISSED**.

    b. The Motion is **DENIED** as to Morgan's Title VII claims of race discrimination and retaliation.

3. Defendant Pepsi shall file a responsive pleading as to Morgan's Title VII claims in accordance with Federal Rule of Civil Procedure 12(a)(4).

4. Morgan's Requests for Default Judgment (ECF Nos. 22 & 24) are **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**