**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTWAN D. MORGAN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-01909-JMG |
| | : | |
| PEPSICOLA METROPOLITAN | : | |
| BOTTLING COMPANY | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this  21st  day of May, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 44), Plaintiff's Responses in Opposition to Defendant's Motion for Summary Judgment (ECF Nos. 45 and 49), Plaintiff's Exhibits (ECF Nos. 46-48, 50), and Defendant's Reply Memorandum in Further Support of its Motion for Summary Judgment (ECF No. 53), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 44) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** the case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge